United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Criminal Case No. 20-20138 |
| ) | |
| Thomas Daniels, Defendant ) | |

### Order

Before the Court is the Government's oral motion to exclude the Defendant's expert report (ECF No. 108), made in court on March 28, 2022, prior to the start of the trial in this matter. After careful consideration of the arguments made by the parties in court and the relevant legal authorities, the Court **grants** the motion.

The Eleventh Circuit has held that the testimony of an eyewitness expert "is often not helpful to the jury." *See U.S. v. Grace*, 711 F. App'x 495, 501 (11th Cir. 2017); *see also U.S. v. Smith*, 122 F.3d 1355, 1357 (11th Cir. 1997) (noting that such expert testimony may "open the door to a barrage of marginally relevant psychological evidence") (quoting *U.S. v. Thevis*, 665 F.2d 616, 641 (5th Cir. Unit B 1982)). The binding precedent of the Eleventh Circuit allows courts to exclude such eyewitness expert testimony. *See Grace*, 711 F. App'x at 501. The Court finds that in the exercise of its discretion, this expert testimony should be excluded. The Defendant may still attack the reliability of any victim's eyewitness testimony through "the powerful tool of cross-examination," and the Court will also consider giving additional jury instructions "that highlight particular problems in eyewitness recollection." *See Smith*, 122 F.3d at 1359.

For the reasons set forth above and in court, the Court **grants** the Government's oral motion to exclude the expert report of Nadja Schreiber Compo.

**Done and ordered**, in chambers, at Miami, Florida, on March 28, 2022.

Robert N. Scola, Jr.
United States District Judge